```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LORENZO CORRAL-GONZALEZ

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  NO. CR.S-10-026 FCD
                                   )
12              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
13       v.                        )
                                   )
14  LORENZO CORRAL-GONZALEZ,       )  Date:  May 3, 2010
                                   )  Time:  10:00 a.m.
15                                 )  Judge: Frank C. Damrell, Jr.
                Defendant.         )
16                                 )
    _____)
17
```

18       IT IS HEREBY STIPULATED AND AGREED TO between the United States of

19  America through Michael D. Anderson, Assistant United States Attorney,

20  and LORENZO CORRAL-GONZALEZ, by and through his counsel, Matthew C.

21  Bockmon, Assistant Federal Defender, that the status conference

22  presently scheduled for April 26, 2010, be vacated and a new status

23  conference hearing date of May 3, 2010, at 10:00 a.m., be set.

24       This continuance is being requested because defense counsel just

25  received the pre-plea report and needs additional time to review it

26  with Mr. Corral-Gonzalez.

27  / / /

28  / / /

1    IT IS FURTHER STIPULATED that the period from April 26, 2010,
2 through and including May 3, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: April 23, 2010                  Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         */s/ Matthew C. Bockmon*
9                                        _____
                                         MATTHEW C. BOCKMON
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       LORENZO CORRAL-GONZALEZ

12

13 Dated: April 23, 2010                 BENJAMIN B. WAGNER
                                         United States Attorney
14
                                         */s/ Matthew C. Bockmon for*
15                                       _____
                                         MICHAEL D. ANDERSON
16                                       Assistant U.S. Attorney

17

18
                              **O R D E R**
19

20 IT IS SO ORDERED.

21 Dated: April 23, 2010

22
                                         _____
23                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stip & Order                             2