DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LORENZO CORRAL-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-10-026 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| LORENZO CORRAL-GONZALEZ, ) | Date: July 19, 2010 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and LORENZO CORRAL-GONZALEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 28, 2010, be vacated and a new status conference hearing date of July 19, 2010, at 10:00 a.m., be set.

   This continuance is being requested because defense counsel needs additional time to meet with Mr. Corral-Gonzalez and for ongoing defense investigation and preparation.

/ / /

/ / /

1  IT IS FURTHER STIPULATED that the period from June 28, 2010,
2 through and including July 19, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: June 22, 2010                    Respectfully submitted,

7                                         DANIEL J. BRODERICK
                                          Federal Defender
8
                                          */s/ Matthew C. Bockmon*
9                                         _____
                                          MATTHEW C. BOCKMON
10                                        Assistant Federal Defender
                                          Attorney for Defendant
11                                        LORENZO CORRAL-GONZALEZ

12

13 Dated: June 22, 2010                   BENJAMIN B. WAGNER
                                          United States Attorney
14
                                          */s/ Matthew C. Bockmon for*
15                                        _____
                                          MICHAEL D. ANDERSON
16                                        Assistant U.S. Attorney

17

18
                        **O R D E R**
19

20 IT IS SO ORDERED.

21 Dated: June 22, 2010

22

23                                        _____
                                          FRANK C. DAMRELL, JR.
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28

Stip & Order                              2